**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000267**
**30-SEP-2024**
**10:52 AM**
**Dkt. 44 ODMR**

NO. CAAP-24-0000267

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

E.M., Plaintiff-Appellant, v.
C.W., Defendant-Appellee.

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. 3DV221000048)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Wadsworth, Presiding Judge, Nakasone and McCullen, JJ.)

Upon consideration of Plaintiff-Appellant E.M.'s Motion for Reconsideration, the papers in support, and the record it appears E.M. has not shown a point of law or fact that this court overlooked or misapprehended in the September 13, 2024 Order Dismissing Appeal for Lack of Appellate Jurisdiction. See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS ORDERED that the Motion for Reconsideration is denied.

DATED:  Honolulu, Hawai'i, September 30, 2024.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge